JAMES H. PORTER v. STATE.

No. 26,112. December 17, 1952.
Rehearing Denied February 4, 1953.

*Piranio & Piranio,* by *Angelo Piranio,* Dallas, for appellant.

*Henry Wade,* Criminal District Attorney, *John Grant,* and *Charles S. Potts,* Assistants Criminal District Attorney, Dallas, and *George P. Blackburn,* State's Attorney, Austin, for the state.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of 150 days in jail on a charge of swindling by drawing a check on a bank in which he had no funds.

The check in this case was given to the same payee as the one involved in Cause No. 26,111, J. H. Porter v. State, this day decided (page 237, this volume). The facts are identical and all the questions raised on appeal are the same. Our conclusion is the same and reference is made to the opinion in that case, which is here adopted as our opinion in this case.

Judgment of the trial court is affirmed.

### ON MOTION FOR REHEARING.

GRAVES, Presiding Judge.

The legal questions presented in this case are practically the same as those discussed in the opinion on motion for rehearing in the companion case of Porter v. State, No. 26,111, of this date. For the reasons therein stated, the motion for rehearing in this case is granted, the order of affirmance is set

aside, the judgment is reversed and the prosecution ordered dismissed.